IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) No. 3:20-cv-00304-RLM-MGG |
| v. | ) ) JOINT MOTION FOR ENTRY OF ) CONSENT DECREE |
| LTI SERVICES, LLC, ONIN STAFFING, LLC | ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), and Defendants, LTI Services, LLC and Onin Staffing, LLC (together, "Defendants"), jointly move this Court to approve and enter in this lawsuit the Consent Decree that is attached as Exhibit A. In support of this Motion, the parties jointly represent to this Court the following:

1. The parties desire to resolve the issues raised by Plaintiff, EEOC, in this matter without the burden, delay and expense of further litigation.

2. The policies of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq., will be realized by entry of the attached Consent Decree.

3. The Consent Decree is intended to and does resolve all matters in dispute between the EEOC and Defendants in this suit as provided in the Consent Decree.

WHEREFORE, the parties jointly request that the Court approve and enter the attached Consent Decree, which constitutes a complete resolution of the claims and defenses in this lawsuit.

| | |
|---|---|
| */s/ Alessandra M. Rosa* | */s/ Michael C. Terrell (by permission AMR)* |
| Alessandra M. Rosa | Michael C. Terrell, Atty. No. 2124-49 |
| Trial Attorney | Erica M. Knear, Atty. No. 35028-53 |
| EEOC, Indianapolis District Office | TAFT STETTINIUS & HOLLISTER LLP |
| 101 W. Ohio Street, Suite 1900 | One Indiana Square, Suite 3500 |
| Indianapolis, IN 46204 | Indianapolis, IN 46204-2023 |
| Tel. (463) 999-1181 | (317) 713-3500 – phone |
| alessandra.rosa@eeoc.gov | (317) 713-3699 – fax |
| | mterrell@taftlaw.com |
| *Counsel for Plaintiff* | eknear@taftlaw.com |
| | |
| | *Counsel for Defendants* |

### CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of the filing to all counsel of record.

> */s/ Alessandra M. Rosa*
> Alessandra M. Rosa, IN Bar No. 35133-29
> Equal Employment Opportunity Commission
> 101 W. Ohio Street, Suite 1900
> Indianapolis, IN 46204-4203
> Phone: (463) 999-1181
> Fax: (317) 226-5571
> Email: alessandra.rosa@eeoc.gov